

## OFFICE OF STAN STANART
### COUNTY CLERK, HARRIS COUNTY, TEXAS
#### COUNTY CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 3:05:20 PM
CHRISTOPHER A. PRINE
Clerk

October 12, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

**SUBJ: Non-Payment of Clerk's Record**

**REF:** Appellate No. **14-15-00717-CV** /Trial Court No. **1065034**
     County Civil Court at Law No. Three (3)

### STRESSFREE PROPERTY SOLUTIONS ON BEHALF OF MMC LIMITED PARTNERSHIP
### VS.
### ANTHONY SCROGGINS

This letter is to inform you appellant, **Anthony Scroggins**, has not paid for the Original Clerk's Record in the above referenced case. The appellant was notified by mailed of the cost for the Record on **August 26, 2015**. As of **October 12, 2015**, no fees have been posted for this Record. If I can be of any further assistance contact me at **(713) 755-9425**. The original letter will be electronically filed with the Fourteenth Court of Appeals on **October 12, 2015**.

Sincerely,

Stan Stanart
County Clerk

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk

1



# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### CIVIL COURTS DEPARTMENT

## COST LETTER

August 26, 2015

Anthony Scroggins
10075 Westpark Drive No. 33
Houston, Texas 77042

**RE:** DOCKET NO. 1065034, COUNTY CIVIL COURT AT LAW Three (3)

STRESSFREE PROPERTY SOLUTIONS
VS.
ANTHONY SCROGGINS

Dear Anthony Scroggins,

In accordance to TRAP 35.3(a), I am notifying you that **$19.00** is required for the preparation of the Original Clerk's Record from the Notice of Appeal that was filed on August 10, 2015. Please remit payment in the form of cash, cashier check, credit card, or money order (**personal checks will not be accepted**) payable to STAN STANART, County Clerk. If you have any questions about the Record contact me at (713) 755-9425.

Sincerely,

STAN STANART, County Clerk

Joshua Alegria
Deputy Clerk

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 755-6421
Form No. H-01-147 (Rev. 04/29/2011)     WWW.CCLERK.HCTX.NET     Page 1 of 1

2